AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| DOUG GREENE<br>*Plaintiff*<br>v.<br>HALES ACADEMY FOR HIGHER LEARNING<br>*Defendant* | ) | Civil Action No. **10-CV-61034-Ungaro/Simonton** |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

HALE'S ACADEMY FOR HIGHER LEARNING, INC.
c/o It's Registered Agent:
Shemiah T. Hale
6700 SW 7th St.
Margate, FL 33309

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **June 18, 2010**

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Steven M. Larimore
Clerk of Court

**SUMMONS**

s/Valerie Kemp
Deputy Clerk
U.S. District Courts